

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

July 24, 2015

Mr. Robert A. Caine
Law Offices of Robert A. Caine
510 S. Congress Avenue, Suite 103
Austin, TX 78704
* DELIVERED VIA E-MAIL *

Ms. Brenda Elaine King
1307 Uhland Road
San Marcos, TX 78666

Ms. Angie D. Roberts-Huckaby
Assistant Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, TX 78666
* DELIVERED VIA E-MAIL *

RECEIVED
JUL 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE: Court of Appeals Number: 03-14-00240-CR
Trial Court Case Number: CR-12-1083

Style: Brenda Elaine King
v. The State of Texas

Dear Counsel:

Oral argument having been denied by this Court, this cause is set for submission on briefs, on **Friday, August 14, 2015**, before Justices Puryear, Pemberton, and Field.

Very truly yours,

*Jeffrey D. Kyle*

Jeffrey D. Kyle, Clerk



AUSTIN TX 787
RIO GRANDE DISTRICT
29 JUL 2015 PM 2 L

**RETURN
TO
SENDER**

NO LONGER
IN OUR CUSTODY



RECEIVED
JUL 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

MS. BRENDA ELAINE KING
1307 UHLAND RD.
SAN MARCOS TX 78666

# Court of Appeals

### Third District

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

